IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KAREN EFIRD, Individually and as
Guardian of the Person and of the
Estate of Blanche Adams,
an incapacitated person                                                                PLAINTIFF

V.                                         CASE NO. 07-CV-4031

CURTIS KING and
HALE COUNTY STATE BANK                                                            DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Dismiss. (Doc. 3). Plaintiff has responded. (Doc. 5). Defendants have replied to Plaintiffs' response. (Doc. 8). For reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendants' Motion to Dismiss should be and hereby is **GRANTED**. Plaintiff's claims against Hale County State Bank and Curtis King are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of August, 2007.

                                                                                         /s/ Harry F. Barnes
                                                                                         Hon. Harry F. Barnes
                                                                                         United States District Judge