IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KAREN EFIRD, Individually and as
Guardian of the Person and of the
Estate of Blanche Adams,
an incapacitated person                                                              PLAINTIFF

V.                                          CASE NO. 07-CV-4031

CURTIS KING and
HALE COUNTY STATE BANK                                                   DEFENDANTS

### AMENDED ORDER

Before the Court is Defendants' Motion to Dismiss. (Doc. 3). Plaintiff has responded. (Doc. 5). Defendants have replied to Plaintiffs' response. (Doc. 8). For reasons discussed in the Memorandum Opinion filed on August 3, 2007, the Court finds that Defendants' Motion to Dismiss should be and hereby is **GRANTED**. Plaintiff's claims against Hale County State Bank and Curtis King are hereby **DISMISSED WITHOUT PREJUDICE**[1].

**IT IS SO ORDERED**, this 10th day of September, 2007.

                                                  /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge

---

[1] The Court's original order was filed on August 3, 2007, and it stated that the case was dismissed with prejudice. This order amends the original order and dismisses Plaintiff's claims without prejudice.